FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -5 AM 9: 18

CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR60 |
| | ) | |
| MICHAEL HUBBARD | ) | |
| STEVE GORDON, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this __4th__ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA